The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN L. JAGOW, DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:20-cv-01205-BJR<br><br>**STIPULATED MOTION AND ORDER** |

Stipulated Motion and Order Case:
2:20-cv-01205-BJR

Sidley Austin LLP
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
415.439.1799

Plaintiff Kathryn Jagow DDS and Defendant Aspen American Insurance Company stipulate that Plaintiff shall file an amended complaint and that Defendant's pending motion to dismiss is therefore moot.

WHEREAS:

1. This action is one of four similar actions pending in this District between plaintiffs represented by Plaintiff's counsel and Defendant.

2. On August 10, 2020, Plaintiff filed a complaint in the above-captioned complaint.

3. Based on the date of service and Washington law, Defendant must answer, move, or otherwise respond to the complaint no later than September 22, 2020.

4. On September 22, 2020, counsel for Defendant met and conferred with counsel for Plaintiff regarding Defendant's intent to move to dismiss Plaintiff's complaint for failure to state a claim. Plaintiff's counsel indicated that Plaintiff would re-plead the complaint.

5. In light of Plaintiff's intent to re-plead, the Parties agree that Defendant need not answer, move, or otherwise respond to Plaintiff's original complaint. Plaintiff shall file an amended complaint no later than October 6, 2020, and Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint no later than the 14th day after Plaintiff files the amended complaint, exclusive of the day of filing, unless the Court sets a different schedule.

6. The Parties submit this stipulated motion for the avoidance of all doubt and to memorialize their understanding. The stipulated motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that (1) Plaintiff shall file an amended complaint in the above-captioned action no later than October 6, 2020; (2) Defendant shall have no obligation to answer, move, or otherwise respond to Plaintiff's original complaint, and shall not be held in default for failure to do so; and (3) Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint no later than the 14th day after Plaintiff files an amended complaint, exclusive of the day of filing, unless the Court sets a different schedule.

The Parties respectfully request the Court to enter the accompanying Proposed Order

STIPULATED MOTION AND ORDER CASE:
2:20-CV-01205-BJR

1

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

granting the above-articulated stipulated agreement.

DATED this 22nd day of September, 2020.

| KELLER ROHRBACK L.L.P. | SIDLEY AUSTIN LLP |
|---|---|
| */s/ Amy Williams-Derry\** | */s/ Robin E. Wechkin* |
| Amy Williams-Derry, WSBA #28711<br>Lynn L. Sarko, WSBA #16569<br>Ian S. Birk, WSBA #31431<br>Gretchen Freeman Cappio, WSBA #29576<br>Irene M. Hecht, WSBA #11063<br>Karin B. Swope, WSBA #24015<br>Maureen Falecki, WSBA #18569<br>Nathan Nanfelt, WSBA #45273<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>Fax: (206) 623-3384<br>Email: awilliams-derry@kellerrohrback.com<br>Email: lsarko@kellerrohrback.com<br>Email: ibirk@kellerrohrback.com<br>Email: gcappio@kellerrohrback.com<br>Email: ihecht@kellerrohrback.com<br>Email: kswope@kellerrohrback.com<br>Email: mfalecki@kellerrohrback.com<br>Email: nnanfelt@kellerrohrback.com | Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>1420 Fifth Avenue, Suite 1400<br>Seattle, WA 98101<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com<br><br>Yvette Ostolaza, *pro hac vice* forthcoming<br>Yolanda C. Garcia, *pro hac vice* forthcoming<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile: (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com<br><br>**Attorneys for Defendant** |
| **Attorneys for Plaintiff** | |

*signed with permission

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-01205-BJR

2

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799

# ORDER

The Court has considered Plaintiff Kathryn L. Jagow DDS's and Defendant Aspen American Insurance Company's Stipulated Motion and [Proposed] Order.  The Court **HEREBY ORDERS** the following:

1. Plaintiff shall file an amended complaint no later than October 6, 2020;
2. Defendant shall have no obligation to answer, move, or otherwise respond to Plaintiff's original complaint, and shall not be held in default for failure to do so; and
3. Defendant shall answer, move, or otherwise respond to Plaintiff's amended complaint no later than the 14th day after Plaintiff files an amended complaint, exclusive of the day of filing, unless the Court sets a different schedule.

**IT IS SO ORDERED.**

Dated: September 23, 2020.

_____
Honorable Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER  CASE:
2:20-CV-01205-BJR

2

SIDLEY AUSTIN LLP
1420 FIFTH AVE., SUITE 1400
SEATTLE, WA 98101
415.439.1799